UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES M. BLAIR,<br><br>    Plaintiff,<br><br>    v.<br><br>ALASKAN COPPER AND BRASS CO.,<br><br>    Defendant. | Case No. C07-1877RAJ<br><br>TAXATION OF COSTS |

Costs in the above-entitled cause are hereby taxed against PLAINTIFF JAMES M. BLAIR and on behalf of DEFENDANT ALASKAN COPPER AND BRASS CO. in the unopposed amount of $3,788.45.

Entered this   17th   day of AUGUST , 2009 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 1